HIRAM WALKER DISTRIBUTORS, INC., Appellant, v. WALDORF LIQUORS, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse and grant the motion.

CHARLES H. HALL, Appellant, v. R. BROS. TRUCKING CORP. and LEONARD DI CONO, Respondents.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion to amend the complaint granted upon the sole condition that the X-rays already taken by plaintiff's own physician be made available at reasonable times for inspection by defendants' physicians. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

GORDON H. MILLS, Respondent, v. CHARLES P. HASBROOK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

FICTIONEERS, INC., Respondent, v. COLUMBIA PUBLICATIONS, INC., Appellant, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

SOPHIE LANDSBURGH, Respondent, v. BERTHA BRONNER and Others, Appellants. — Order unanimouslsy reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

ELIZABETH ANN HUBER, Respondent, v. THE B. F. GOODRICH COMPANY, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted unless the plaintiff serves a proper bill of particulars. The plaintiff should set forth the known defects relied upon or in lieu thereof state under oath that she is without knowledge thereof. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

KATHERINE C. BURNS, Respondent, v. DANIEL J. BURNS, Appellant.— Order denying defendant's motion to modify final judgment unanimously modified by directing that the question of the financial condition of the parties and the earning capacity of defendant be sent to an official referee and the matter remitted to Special Term for further order in the premises upon the return of the referee's report, and as so modified affirmed, without costs. Appeal from order denying motion for reargument and for other relief unanimously dismissed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

DEFOREST GRANT, as Sole Surviving Trustee of the Trusts Created by Agreement and Deed of CAROLINE A. GRANT Dated July 19, 1911, Appellant, v. DEFOREST GRANT, as Executor, etc., of MADISON GRANT, Deceased, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.